UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
MOUSSA GUEYE,                                               :
:
                     Plaintiff,           :
:        21-cv-5044 (VSB)
      -against-                                      :
:        **ORDER**
A. DUIE PYLE, INC.,                                         :
:
                  Defendant.          :
:
------------------------------------------------------------X

**VERNON S. BRODERICK, United States District Judge:**

    As instructed in the Case Management Plan and Scheduling Order, (Doc. 12), it is hereby:

    ORDERED that, in order to prepare for the post-discovery conference scheduled for June 7, 2022, the parties are to submit a joint letter, on or before May 24, 2022, updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes.  If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

SO ORDERED.

Dated:  May 19, 2022
          New York, New York

                                                             Vernon S. Broderick
                                                            United States District Judge