```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MOUSSA GUEYE,                            :     21cv5044 (DLC)
                    Plaintiff,           :
                                         :         ORDER
          -v-                            :
                                         :
A. DUIE PYLE, INC., et al.               :
                                         :
                    Defendants.          :
---------------------------------------- X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. The Hon. Vernon S. Broderick scheduled a post-discovery conference on September 6, 2022. It is hereby

    ORDERED that the September 6, 2022 conference is rescheduled to **September 30, 2022 at 11:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York
           August 23, 2022

                                        _____
                                           DENISE COTE
                              United States District Judge