```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
MOUSSA GUEYE,                        :    21cv5044 (DLC)
                    Plaintiff,       :
                                     :         ORDER
          -v-                        :
                                     :
A. DUIE PYLE, INC., et al.           :
                                     :
                    Defendants.      :
------------------------------------ X
```

DENISE COTE, District Judge:

On August 24, 2022, the parties submitted a joint letter requesting to adjourn the conference currently scheduled for September 30, 2022. Accordingly, it is hereby

ORDERED that the September 30 conference is cancelled.

Dated:   New York, New York
         September 2, 2022

                              _____
                                    DENISE COTE
                              United States District Judge