```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
MOUSSA GUEYE,                              :
                                           :
                        Plaintiff,         :   21cv5044 (DLC)
                                           :
             -v-                           :        ORDER
                                           :
A. DUIE PYLE, INC., et al.,                :
                                           :
                        Defendants.        :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

On November 10, 2022, the defendants filed a motion for summary judgment. Accordingly, it is hereby

ORDERED that any opposition is due December 2, 2022. Any reply is due December 16. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 10, 2022

                                           _____
                                                  DENISE COTE
                                           United States District Judge