**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MOUSSA GUEYE,

                Plaintiff,

  -against-                                   21 **CIVIL** 5044 (DLC)

                                          **<u>JUDGMENT</u>**

A. DUIE PYLE, INC. and DAVID VELA,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 9, 2023, the defendants' November 10, 2022 motion for summary judgment is granted; accordingly, the case is closed.

**Dated:** New York, New York

     March 10, 2023

                                                          **RUBY J. KRAJICK**

                                                           _____
                                                           **Clerk of Court**

                                    **BY:**    *K. Mango*

                                                            _____
                                                            **Deputy Clerk**